**Mark Steven MYERS, Petitioner–Appellant,**

v.

**Marcus HUGHES, Respondent–Appellee.**

No. 02–7052.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2002.

Decided Jan. 3, 2003.

Mark Steven Myers, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Steven Myers, a state prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his

petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Myers has not made a substantial showing of the denial of a constitutional right. *See Myers v. Hughes*, No. CA–01–88–HC–BR (E.D.N.C. May 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*